Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of nail pullers similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiff was sustained.

No. 68460.—Calif. Floral Mfg. Co. v. United States, protests 63/554, etc.   (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiff was sustained.

No. 68461.—Cavalier Label Co., Inc. v. United States, protests 61/19351, etc.   (New York)

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

No. 68462.—Labels Unlimited, Inc. v. United States, protest 63/21662 (Tampa).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.